No. 23 - 3303

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

JILL ADAMS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,
*Plaintiff-Petitioner,*

v.

PSP GROUP, LLC D/B/A PET SUPPLIES PLUS,
*Defendant-Respondent.*

On Appeal from the United States District Court for the Eastern District of Missouri
Civ. No. 4:22-cv-01210-RLW

## APPELLANT'S DESIGNATION & STATEMENT OF ISSUES

Karen Hanson Riebel
Kate M. Baxter-Kauf
Maureen Kane Berg
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Tiffany Marko Yiatras,
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road
Ellisville, Missouri 63011-2029
Telephone: (314) 541-0317

Bryan L. Bleichner
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300

*Counsel for Plaintiff-Appellant*

Pursuant to the Court's October 17, 2023, Appeal Briefing Schedule Order, Plaintiff-Appellant Jill Adams, individually and on behalf of others similarly situated, hereby designates the following statement of issues for appeal:

(1) Whether the District Court committed reversible error when it granted Defendant-Appellee's Motion to Dismiss in the Memorandum and Order Granting Defendant PSP Group, LLC d/b/a Pet Supplies Plus's Motion to Dismiss, which was entered on September 13, 2023 [Docket No. 47] and the Order entered on September 13, 2023 [Docket No. 48], and determined that Plaintiff-Appellant lacked Article III standing to proceed.

Date: October 31, 2023

Respectfully submitted,

*s/Kate M. Baxter-Kauf*
Karen Hanson Riebel (MN #0219770)
Kate M. Baxter-Kauf (MN #0392037)
Maureen Kane Berg (MN #033344X)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4097
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

Tiffany Marko Yiatras, (MOED Bar No. 58197MO)
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road

Ellisville, Missouri 63011-2029
Tele: 314-541-0317
Email: tiffany@consumerprotectionelegal.com

Bryan L. Bleichner (MN #0326689)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the Court's CM/ECF system on October 31, 2023. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Kate M. Baxter-Kauf
Kate M. Baxter-Kauf
